IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY JAMERSON,

      Petitioner,                No. CIV S-07-0256 LKK KJM P

   vs.

STATE OF CALIFORNIA,

      Respondent.            <u>ORDER</u>

_____/

      Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not, however, filed an in forma pauperis affidavit or paid the required filing fee ($5.00). <u>See</u> 28 U.S.C. §§ 1914(a); 1915(a). Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of a request to proceed in forma pauperis or submit the appropriate filing fee.

      In accordance with the above, IT IS HEREBY ORDERED that:

      1. Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's failure to comply with this order will result in the dismissal of this action; and

/////

/////

1

1        2. The Clerk of the Court is directed to send petitioner a copy of the in forma
2   pauperis form used by this district.
3   DATED: March 1, 2007.

                                         U.S. MAGISTRATE JUDGE

6   /mp
    jame0256.101a