IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY JAMERSON,

        Petitioner,                    No. CIV S-07-0256 LKK KJM P

    vs.

THE STATE OF CALIFORNIA,

        Respondent.               FINDINGS AND RECOMMENDATIONS

                                /

        Petitioner is proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Because it did not appear that petitioner was in custody, that his state remedies had been exhausted or that the petition, challenging a conviction from 1989, was timely, the court directed petitioner to show cause why the action should not be dismissed.

        On June 8, 2007, petitioner filed a response, acknowledging that he could not "legally show cause," but noting that he had grounds for a civil rights action. Petitioner's pleading does not meet the requirements for a civil rights action and the court will decline to consider it as such.

        Under 28 U.S.C. § 2254 a writ of habeas corpus may be entertained by a federal court only on the ground that the habeas petitioner is "in custody" in violation of the laws or treaties of the United States. "Once the sentence imposed for a conviction has completely

1 expired, the collateral consequences of the conviction are not themselves sufficient to render an
2 individual 'in custody' for the purposes of a habeas attack upon it." <u>Maleng v. Cook</u>, 490 U.S.
3 488, 492 (1989) (per curiam).   Because plaintiff acknowledges he is no longer in custody as a
4 result of the 1989 conviction, the petition should be dismissed.

5      IT IS HEREBY RECOMMENDED that this petition be dismissed.

6      These findings and recommendations are submitted to the United States District
7 Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty
8 days after being served with these findings and recommendations, plaintiff may file written
9 objections with the court.  The document should be captioned "Objections to Magistrate Judge's
10 Findings and Recommendations."  Plaintiff is advised that failure to file objections within the
11 specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951
12 F.2d 1153 (9th Cir. 1991).

13 DATED:   October 9, 2007.

_____
U.S. MAGISTRATE JUDGE

19 2
20 jame0256.56